**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIO MARTINEZ MUNOZ,<br><br>                             Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                             Respondents. | Case No.:  26-cv-2424-BJC-GC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 16, 2026, Petitioner Julio Martinez Munoz filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the due process clause of the United States Constitution.  Petitioner requests that this Court assume jurisdiction over the matter, grant the Petition, and order Respondents to release Petitioner immediately or schedule a bond hearing before an immigration judge.

This Court set a briefing schedule and issued a limited stay.  ECF No. 2. Respondents filed a Return to the petition on April 23, 2026, in which they note that Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025). ECF No. 4.  The court in *Maldonado Bautist*a entered final judgment as to the Bond Eligible Class on December 18, 2025.  *See Maldonado Bautista v. Noem*, No.

26-cv-2424-BJC-GC

5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). The Ninth Circuit has stayed application of the Order beyond the Central District of California, but Respondents acknowledge that "prior orders from this District" have directed bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases.  ECF No. 4.  Therefore, Respondents "do not oppose an order from this Corut directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  ECF No. 4 at 1-2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing **no later than May 12, 2026**, and cannot deny bond at the hearing based on § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

Dated:  April 28, 2026

Bryan Cheeks
_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2424-BJC-GC