

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Martinez Munoz | **Civil Action No.**   26-cv-02424-BJC-GC |
| **Plaintiff,** | |
| **V.** | |
| see attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for a writ of habeas corpus. Respondents shall hold a bond hearing no later than May 12, 2026, and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**Date:**           4/28/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  26-cv-02424-BJC-GC

Markwayne Mullin, in his official capacity as Secretary of Homeland Security; Christopher J. Larose, in his official capacity as Warden of Otay Mesa Detention Center; Gregory J. Archambeault, in his official capacity as San Diego Field Office Director, ICE Enforcement Removal Operations; Todd Lyons, in his official capacity as Acting Director of ICE; Todd Blanche, U.S. Attorney General; Immigration and Customs Enforcement; Department of Homeland Security

Respondents